E-FILED
Wednesday, 01 February, 2006  03:34:44 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
AT ROCK ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | Criminal No. 06-40010 |
| ) | |
| v. ) | VIO: Title 18, United States Code, |
| ) | Section 13; 625 ILCS 5/6-303 (a) |
| CHRISTOPHER B. BEIDERBECKE ) | |
| Defendant. ) | |

INFORMATION

FILED
FEB 1 2006

THE UNITED STATES ATTORNEY CHARGES:

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

COUNT I

On or about DECEMBER 16, 2005, in the Central District of Illinois, the defendant,

CHRISTOPHER B. BEIDERBECKE

did drive a motor vehicle on a public highway upon the Rock Island Arsenal, a special maritime and territorial jurisdiction of the United States, while his privileges to operate a motor vehicle were revoked, in violation of Illinois Compiled Statutes, Chapter 625, Section 5/6-303 (a) and in violation of Title 18, United States Code, Section 13.

RODGER A. HEATON
UNITED STATES ATTORNEY

BY:   /S/ Mary L. Fuhr
MARY L. FUHR
SPECIAL ASSISTANT U.S. ATTORNEY
Rock Island Arsenal
Rock Island, IL 61299-5000
Telephone: 309/782-8443